| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Roger Chavez, Esq. (RC4040)<br>Robert Treat Center<br>50 Park Street, Suite 1104<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, Aida L. Obredor | Order Filed on May 21, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AIDA L. OBREDOR,<br><br><br>Debtor. | Case No.: 24-13349<br><br>Chapter 13<br><br>Hearing Date: 5/21/25 |

**<u>ORDER VACATING ORDER GRANTING STAY RELIEF, DATED JANUARY 23, 2025</u>**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 21, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**Debtor:       AIDA L. OBREDOR**
**Chapter 13     |Case No. 24-13349**
**Caption of Order:   ORDER VACATING ORDER GRANTING STAY RELIEF, DATED JANUARY 23, 2025**

---

This matter having being opened to the Court by Roger Chavez, attorney for Debtor, Aida L. Obredor, upon the filing of a Motion to Vacate the Order Granting Stay Relief, dated January 23, 2025; and copies of said Motion having been served upon the Office of the U.S. Trustee, the Chapter 13 Standing Trustee, Nationstar Mortgage, LLC and its attorneys, Gross Polowy, LLC; and upon consideration of the Certification of Debtor's Counsel in Support of the within Motion; and it appearing that the relief requested in the Motion is warranted:

**IT IS ORDERED** that the Order Granting Stay Relief in favor of Nationstar Mortgage LLC, dated January 23, 2025, is hereby vacated.

**IT IS FURTHER ORDERED** that the Automatic Stay, as to the Debtor's realty located at 206 E. 22nd Street, Paterson, New Jersey, is hereby reinstated.

**IT IS FURTHER ORDERED** that the debtor shall file a revised plan by June 4, 2025.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**