

Order Filed on May 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Aida L. Obredor

Case No.: _____24-13349_____

Chapter: _____13_____

Hearing Date: _____5/21/25_____

Judge: _____MEH_____

## ORDER VACATING

Order Denying Trustee Motion to Dismiss Case, or Direct Employer to Pay Trustee or for Entry of an order for Default Clause

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 30, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court on its own motion finds that the:

Order Denying Trustee Motion to Dismiss Case, or Direct Employer to Pay Trustee or for Entry of an order for Default Clause

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated      May 21, 2025      , be and the same is hereby vacated.

*revised 2/25/14*