| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for U.S. Bank N.A., as Trustee, s/i/i to Wilmington Trust Company, as Trustee, s/i/i to Bank of America N.A., as Trustee, s/b/m to LaSalle Bank N.A., as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 | |
| In Re:<br>Aida L. Obredor<br><br>                            Debtor(s). | Case No: <u>24-13349 MEH</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Mark E. Hall</u> |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank N.A., as Trustee, s/i/i to Wilmington Trust Company, as Trustee, s/i/i to Bank of America N.A., as Trustee, s/b/m to LaSalle Bank N.A., as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 06/24/2025

/s/ *Denise Carlon*
Denise Carlon
24 Jun 2025, 12:26:27, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 6139a674f7b919489f6c2b53d622491f0e615d029f91f94719982354c752efe7