UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Secured Creditor Nationstar
Mortgage LLC as servicing agent for U.S. Bank
National Association, as Trustee, successor in
interest to Wilmington Trust Company, as
Trustee, successor in interest to Bank of America
National Association, as Trustee, successor by
merger to LaSalle Bank National Association, as
Trustee for Lehman XS Trust Mortgage Pass-
Through Certificates, SERIES 2007-3

**Order Filed on August 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 24-13349-TBA |
|---|---|
| AIDA L. OBREDOR | Chapter: 13 |
| Debtor(s). | Judge: TBA |

Recommended Local Form:    ☐ Followed        ☒ Modified

**CONSENT ORDER RESOLVING MORTAGE ARREARS THROUGH DEBTOR'S MODIFIED PLAN**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: August 29, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

1

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-3 |
| Applicant's Counsel: | GROSS POLOWY LLC - Courtney R Shed, Esq. - 414442023 |
| Debtor's Counsel: | Roger Chavez, Esq. |
| Property Involved ("Collateral"): | 206 East 22nd Street, Paterson, NJ 07514 |
| Relief Sought: | ☒ Payment of mortgage arrears through Debtor's Modified Plan and Debtor to Pay Ongoing Mortgage Payments Directly to Secured Creditor |

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. This Consent Order supersedes Order entered September 6, 2024 as Doc 40

2. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 6 payments of $2,217.62 per month, from 12/01/2024 to 05/01/2025.

   ☒ The Debtor is overdue for 3 payments of $2,431.71 per month, from 06/01/2025 to 08/01/2025.

   ☒ The Debtor is overdue for 2 stipulation payments, from 12/15/2024 to 01/15/2025 at $1,848.02 each.

   ☒ The Debtor is overdue for 1 stipulation payment of $1,848.00 for 02/01/2025

   ☒ Applicant acknowledges suspense funds in the amount of $373.56 received.

   Total Arrearages Due $25,771.33.

3. Debtor must cure all post-petition arrearages, as follows:

   ☒ Beginning on 09/01/2025, regular monthly mortgage payments shall continue to be made in the amount of $2,431.71.

   ☒ The amount of $25,771.33 shall be capitalized in the debtor's modified chapter 13 plan. The Debtor's monthly plan payment to the Chapter 13 Trustee shall be modified to be $_____ per month.

4. Payments to the Secured Creditor shall be made to the following address(es):

   ☒ Regular Monthly Payment

   Nationstar Mortgage, LLC
   PO Box 619094
   Dallas, TX 75067

   ☒ Monthly Cure Payment

   Nationstar Mortgage, LLC
   PO Box 619094
   Dallas, TX 75067

5.  In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current.  Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its collateral without further Order of the Court.

3