| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Secured Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, SERIES 2007-3 | Order Filed on August 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   AIDA L. OBREDOR<br><br>        Debtor(s). | Case No.: 24-13349-TBA<br><br>Chapter: 13<br><br>Judge: TBA |

Recommended Local Form:   ☐ Followed    ☒ Modified

**CONSENT ORDER RESOLVING MORTAGE ARREARS THROUGH DEBTOR'S MODIFIED PLAN**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: August 29, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

1

| | |
|---|---|
| Applicant: | <u>Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-3</u> |
| Applicant's Counsel: | <u>GROSS POLOWY LLC - Courtney R Shed, Esq. - 414442023</u> |
| Debtor's Counsel: | <u>Roger Chavez, Esq.</u> |
| Property Involved ("Collateral"): | <u>206 East 22nd Street, Paterson, NJ 07514</u> |
| Relief Sought: | ☒ Payment of mortgage arrears through Debtor's Modified Plan and Debtor to Pay Ongoing Mortgage Payments Directly to Secured Creditor |

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. This Consent Order supersedes Order entered September 6, 2024 as Doc 40

2. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 6 payments of $2,217.62 per month, from 12/01/2024 to 05/01/2025.

    ☒ The Debtor is overdue for 3 payments of $2,431.71 per month, from 06/01/2025 to 08/01/2025.

    ☒ The Debtor is overdue for 2 stipulation payments, from 12/15/2024 to 01/15/2025 at $1,848.02 each.

    ☒ The Debtor is overdue for 1 stipulation payment of $1,848.00 for 02/01/2025

    ☒ Applicant acknowledges suspense funds in the amount of $373.56 received.

    Total Arrearages Due $25,771.33.

3. Debtor must cure all post-petition arrearages, as follows:

    ☒ Beginning on 09/01/2025, regular monthly mortgage payments shall continue to be made in the amount of $2,431.71.

    ☒ The amount of $25,771.33 shall be capitalized in the debtor's modified chapter 13 plan. The Debtor's monthly plan payment to the Chapter 13 Trustee shall be modified to be $_____ per month.

4. Payments to the Secured Creditor shall be made to the following address(es):

    ☒ Regular Monthly Payment

    Nationstar Mortgage, LLC
    PO Box 619094
    Dallas, TX 75067

    ☒ Monthly Cure Payment

    Nationstar Mortgage, LLC
    PO Box 619094
    Dallas, TX 75067

5. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its collateral without further Order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 24-13349-TBA
Aida L. Obredor                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: Aug 29, 2025       Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Aida L. Obredor, 206 E. 22nd Street, Paterson, NJ 07514-2110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America Natio cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as Trustee, s/i/i to Wilmington Trust Company, as Trustee, s/i/i to Bank of America N.A., as Trustee, s/b/m to LaSalle Bank N.A., as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Chavez | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 29, 2025 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Aida L. Obredor rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Fay | on behalf of Creditor U.S. Bank National Association  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7