Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  24−13349−TBA
    Chapter:  13
    Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aida L. Obredor
   206 E. 22nd Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−6794

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 4, 2025.

Dated: September 5, 2025
JAN: km

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Aida L. Obredor  
    Debtor

Case No. 24-13349-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 05, 2025      Form ID: plncf13      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aida L. Obredor, 206 E. 22nd Street, Paterson, NJ 07514-2110 |
| 520211579 | + | Nazeema Ajmoodien, 206 East 22nd Street 2nd Floor, Paterson, NJ 07514-2110 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2025 22:00:17 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520213981 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2025 21:35:05 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520262043 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2025 21:58:57 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520211572 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 05 2025 21:16:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520211573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2025 21:34:33 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520220898 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 05 2025 22:24:41 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520211574 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 21:59:54 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 520211575 | + | Email/Text: mrdiscen@discover.com | Sep 05 2025 21:16:00 | Discover Financial Services, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520211576 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:34:42 | LVNV Funding, LLC, A/K/A Resurgent Capital Services, LP, PO Box 1269, Greenville, SC 29602-1269 |
| 520217196 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:46:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520211578 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Nationstar Mortgage, c/o Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520211577 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Nationstar Mortgage, 8950 Cypress Waters |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: plncf13 | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| 520219768 | ^ | MEBN | | Boulevard, Coppell, TX 75019-4620 |
| | | | Sep 05 2025 21:17:24 | Nationstar Mortgage LLC as servicing agent for U.S, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 520273129 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | U.S. Bank National Association, as Trustee, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America Natio cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as Trustee, s/i/i to Wilmington Trust Company, as Trustee, s/i/i to Bank of America N.A., as Trustee, s/b/m to LaSalle Bank N.A., as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Aida L. Obredor rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Fay | on behalf of Creditor U.S. Bank National Association as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7