**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                    Case No. 24-13349-TBA
                                          Chapter 13
Aida L. Obredor

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3,** a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 009221995
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of December, 2025, to the following:

Roger Chavez
Law Offices of Roger Chavez
50 Park Place
Suite 1104
Newark, NJ 07102
rchavez@chavezlegal.com
***Attorney for Debtor(s)***

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550
mag@magtrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Aida L. Obredor
206 E. 22nd Street
Paterson, NJ 07514

***Debtor(s)***

By:      /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire