Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24–13349–TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Aida L. Obredor
    206 E. 22nd Street
    Paterson, NJ 07514

Social Security No.:
    xxx–xx–6794

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/4/26 at 10:00 AM

to consider and act upon the following:

*82* – Creditor's Certification of Default (related document:40 Order (Generic)) filed by Steven P. Kelly on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge. Objection deadline is 02/13/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

*85* – Certification in Opposition to U.S. Bank National Association's Certification of Default (related document:82 Creditor's Certification of Default (related document:40 Order (Generic)) filed by Steven P. Kelly on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge. Objection deadline is 02/13/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge) filed by Roger Chavez on behalf of Aida L. Obredor. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 2/17/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court