Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−13349−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aida L. Obredor
   206 E. 22nd Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−6794

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/4/26 at 10:00 AM

to consider and act upon the following:

*82* − Creditor's Certification of Default (related document:40 Order (Generic)) filed by Steven P. Kelly on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge. Objection deadline is 02/13/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

*85* − Certification in Opposition to U.S. Bank National Association's Certification of Default (related document:82 Creditor's Certification of Default (related document:40 Order (Generic)) filed by Steven P. Kelly on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge. Objection deadline is 02/13/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge) filed by Roger Chavez on behalf of Aida L. Obredor. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 2/17/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 24-13349-TBA

Aida L. Obredor | Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 2

Date Rcvd: Feb 17, 2026       Form ID: ntchrgbk       Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aida L. Obredor, 206 E. 22nd Street, Paterson, NJ 07514-2110 |
| cr | + | U.S. Bank National Association, as Trustee, succes, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2026 22:47:37 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America Natio cshed@grosspolowy.com, ecfnotices@grosspolowy.com |

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: Feb 17, 2026                       Form ID: ntchrgbk                                Total Noticed: 3

Denise E. Carlon
                        on behalf of Creditor U.S. Bank N.A.  as Trustee, s/i/i to Wilmington Trust Company, as Trustee, s/i/i to Bank of America N.A.,
                        as Trustee, s/b/m to LaSalle Bank N.A., as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH C
                        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Roger Chavez
                        on behalf of Debtor Aida L. Obredor rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Roger Fay
                        on behalf of Creditor U.S. Bank National Association  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Steven Eisenberg
                        on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company, as Trustee,
                        successor in interest to Bank of America National Association, as Trustee, successor by merge bkecf@sterneisenberg.com,
                        jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                        on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company, as Trustee,
                        successor in interest to Bank of America National Association, as Trustee, successor by merge skelly@sterneisenberg.com,
                        bkecf@sterneisenberg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9