Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–13349–TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aida L. Obredor
   206 E. 22nd Street
   Paterson, NJ 07514

Social Security No.:
   xxx–xx–6794

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/18/26 at 10:00 AM

to consider and act upon the following:

*84* – Notice of Hearing for: Debtor's Opposition to Certification of Default of Standing Trustee (related document:80 Certification of Default of Standing Trustee filed by Trustee Marie–Ann Greenberg, 83 Certification in Opposition to filed by Roger Chavez on behalf of Debtor Aida L. Obredor. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 3/4/2026 at 10:00 AM, TBA – Courtroom 3E, Newark. (km)

Dated: 3/5/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court